# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 18-16004-JEP | Trustee Name: | Kari B. Coniglio |
|---|---|---|---|
| Case Name: | GAGE, DONNAMARIA L. | Date Filed (f) or Converted (c): | 10/08/2018 (f) |
| For the Period Ending: | 1/16/2019 | §341(a) Meeting Date: | 11/16/2018 |
| | | Claims Bar Date: | 04/26/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2010 Kia Soul  Mileage: 66,000 | $6,000.00 | $0.00 | | $0.00 | FA |
| 2 | Household Goods and Furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| 3 | Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous Jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Cash on Hand | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Checking Account at Huntington Bank xxxxx2065 | $0.66 | $0.00 | | $0.00 | FA |
| 7 | Checking Account at Huntington Bank xxxxx0804 | $33.00 | $0.00 | | $0.00 | FA |
| 8 | Savings account, Huntington Bank xxxx8297 | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Savings account, Huntington Bank xxxxx7172 | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Savings account, Huntington Bank xxxxx8024 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 401k, Debtor's Employer | $41,632.56 | $0.00 | | $0.00 | FA |
| 12 | Roth IRA, Apex Clearing Corporation | $30.00 | $0.00 | | $0.00 | FA |
| 13 | 2018 Tax refund | Unknown | $1.00 | | $0.00 | $1.00 |
| 14 | Term Life Insurance, No cash value | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Garnishment Claim           (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**                     **Gross Value of Remaining Assets**

$50,796.22       $2.00                        $0.00                   $2.00

**Major Activities affecting case closing:**

01/16/2019   Asset #13 - Trustee reviewing possible non-exempt equity in 2018 tax refunds.
             Asset #15 - Trustee pursuing non-exempt garnishment claim.

**Initial Projected Date Of Final Report (TFR):**   12/31/2019    **Current Projected Date Of Final Report (TFR):**    /s/ KARI B. CONIGLIO

KARI B. CONIGLIO